DEER PARK BREW COMPANY, INC., Respondent, *v.* EDGAR O. HAYES, Appellant.

(Argued June 2, 1930; decided June 10, 1930.)

*John D. Lyons* for motion.

*Ellsworth Baker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.